UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 20-00552-JMM |
|---|---|
| CLINTON E. MINER and LORENE BUCKWAY, | Chapter 13 |
| Debtors. | |

ORDER GRANTING MOTION FOR ORDER OF EXAMINATION DUCES TECUM OF CLINTON E. MINER AND LORENE BUCKWAY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (DOCKET NO. 86)

THIS MATTER having come before the Court on the Creditor Bryan Storer's Motion for Order of Examination Duces Tecum of Clinton E. Miner and Lorene Buckway pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Opportunity to Object and for a Hearing (Docket No. 86), and with good cause showing,

**IT IS HEREBY ORDERED** that Creditor Bryan Storer's Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that on or before January ~~12~~*15*, 2021, Debtors Clinton E. Miner and Lorene Buckway produce the documents described in attachment Exhibit A hereto, which are in their possession, custody, or control for inspection and copying at Roark Law Offices, 950 Bannock St. Ste. 1100, Boise, ID 83702; e-mail: holly@roarklawboise.com; Telephone: 208-536-3638; Fax: 310-553-2601.

___

**ORDER - 1**

**IT IS FURTHER ORDERED** that Debtors Clinton E. Miner and Lorene Buckway appear for examination by Creditor's counsel, pursuant to Rule 2004 of the Federal Rules of Civil Procedure via ZOOM, (instructions to be provided to Debtors' counsel by Roark Law Offices), 950 Bannock St. Ste. 1100, Boise, ID 83702, on **Friday, January 15, 2021**, to begin at 10:00 a.m. for Mr. Miner and 1:00 p.m. for Ms. Buckway (or at some other mutually agreeable time and place) and continuing from day to day until completed.



DATED:  January 14, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court changed the date for the production of documents to January 15 since the order was not entered until after January 12, 2021.

Submitted by Holly Roark, Attorney for Creditor Bryan Storer

---

**ORDER - 2**

# EXHIBIT A

1. The original QuickBooks file in its original native format for Middleton Law, P.L.L.C. from January 1, 2017, through December 31, 2020, or through date of production if produced earlier than December 31, 2020, along with any instructions and passwords for opening.
2. A General Ledger from QuickBooks for 2017 through 2020, for Middleton Law, P.L.L.C.
3. A 4-year side by side comparative profit/loss statement for the complete years of 2017 through 2020, for Middleton Law, P.L.L.C.
4. A detailed profit and loss statement for Middleton Law, P.L.L.C for each year of 2017 through 2020.
5. A 4-year side by side comparative balance sheet for the complete years of 2017 through 2020, for Middleton Law, P.L.L.C.
6. A printout of shareholder distributions - detailed transaction report/listing of shareholder distributions for Middleton Law, P.L.L.C.:
   A report for each year (2017 - 2020) with:
       a. Dates
       b. Method (check, electronic transfer, etc.)
       c. Amount
       d. To whom paid
7. Print out of loans to/from Mr. Miner - detailed transaction report/listing of loan distributions for Middleton Law, P.L.L.C.: for each year (2017 - 2020) with:
       a. Dates
       b. Method (check, electronic transfer, etc.)
       c. Amount
       d. To whom paid
8. Payroll summary for Middleton Law, P.L.L.C. for each calendar year that <u>must</u> include all employees including, but not limited to, Clint Miner, Lorene Buckway, family, friends or any other insiders, and anyone else.

---

**ORDER - 3**